**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**FILED**

APR 1 0 2025

UNITED STATES OF AMERICA

v.

ABHISHEK VIJAYAKUMAR

Hon. Claire C. Cecchi

Crim. No. 25-229

18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)

AT 8:30_____12:47 PM
CLERK, U.S. DISTRICT COURT - DNJ

## I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

Between on or about March 7, 2024, and on or about March 9, 2024, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

ABHISHEK VIJAYAKUMAR,

did knowingly access with intent to view any material that contained an image of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

As a result of committing the offense alleged in this Indictment, the defendant,

ABHISHEK VIJAYAKUMAR,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of defendant VIJAYAKUMAR's right, title and interest in the following:

a.  any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Part I, Chapter 110;

b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

c.  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property.

The property to be forfeited includes, but is not limited to, all of VIJAYAKUMAR's right, title, and interest in a Samsung Galaxy Tab A7 Lite model SM-T220 tablet, bearing Serial No. R9PW106AEZF, and a Samsung cell phone bearing Serial No. R5CRC2SJS1V.

## SUBSTITUTE ASSETS PROVISION

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.



STEVEN GROCKI
Chief

*Jessica L. Urban*

_____
JESSICA L. URBAN
Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice

CASE NUMBER:    25-229

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## ABHISHEK VIJAYAKUMAR

# INDICTMENT FOR

18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)



STEVEN GROCKI
CHIEF
CHILD EXPLOITATION AND OBSCENITY SECTION
U.S. DEPARTMENT OF JUSTICE

JESSICA L. URBAN
TRIAL ATTORNEY
WASHINGTON, D.C.
202.353.4146